FILED
CLERK, U.S. DISTRICT COURT
07/18/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: KH  DEPUTY

BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-0721
    Facsimile:  (213) 894-0141
    E-mail:     John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

LODGED
CLERK, U.S. DISTRICT COURT
07/17/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: KH  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ZAKRIA MOUSA, <br><br> A Fugitive from the Government of Canada. | No. 8:25-cv-01566-MRA-(ADS) <br><br> AMENDED CERTIFICATION OF EXTRADITABILITY AND ORDER OF COMMITMENT |

    The Court has received the Complaint filed on May 6, 2025, by John J. Lulejian, Assistant United States Attorney for the Central District of California, pursuant to the request of the Government of Canada, for the provisional arrest and extradition of ZAKRIA MOUSA ("MOUSA").  The Government of Canada, subsequent to that date, made a formal request for MOUSA's extradition.  The Court has also received an Affidavit of Consent to Extradition executed by MOUSA and witnessed by his attorney, Deputy Federal Public Defender Andrea L. Jacobs.

On July 18, 2025, MOUSA appeared before the Court in open session, accompanied by his attorney, and in the presence of Assistant United States Attorney John J. Lulejian. The Court addressed MOUSA and is satisfied that he is aware of his rights as set forth in the affidavit of consent to extradition and that the affidavit was executed knowingly and voluntarily.

Inasmuch as MOUSA has conceded that he is extraditable on the charge for which extradition was requested, and has consented to a certification by this Court to that effect, and has further consented to remain in the custody of the United States Marshal pending arrival of duly authorized representatives of the Government of Canada to effect his transfer to Canada, the Court finds on the basis of the record herein and the representations of MOUSA and counsel that:

1. The undersigned judicial officer is authorized under 18 U.S.C. § 3184, to conduct an extradition hearing;

2. The Court has personal jurisdiction over MOUSA and subject matter jurisdiction over the case;

3. There is currently in force an extradition treaty between the Government of the United States and the Canada: the Extradition Between the United States of America and Canada, U.S.-Can., Dec. 3, 1971, 27 U.S.T. 983, as amended by the Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 11, 1988, S. Treaty Doc. No. 101-17 (1990), and the Second Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 12, 2001, S. Treaty Doc. No. 107-11 (2002) (collectively, the "Extradition Treaty");

4. MOUSA has been charged in Canada with Attempt to Commit Murder, in violation of Section 239(1) of the Criminal Code of Canada;

1    5.   This charge constitutes an extraditable offense within the
2 meaning of Article 2 of the Extradition Treaty;
3    6.   Canada seeks the extradition of MOUSA to be held for trial
4 or other disposition; and
5    7.   MOUSA has stipulated that there is probable cause to
6 believe that he committed the offense for which extradition is
7 sought.
8        Based on the foregoing, the Court concludes that MOUSA is
9 extraditable for the offense for which extradition was requested, and
10 certifies this finding to the Secretary of State as required under
11 18 U.S.C. § 3184.
12       IT IS THEREFORE ORDERED that the Clerk of the Court deliver to
13 the Assistant United Sates Attorney a certified copy of this
14 Certification of Extraditability and the executed Affidavit of
15 Consent to Extradition and, further, that the Clerk forward certified
16 copies of the same to the Secretary of State (to the attention of the
17 Legal Adviser) and the Director, Office of International Affairs,
18 Criminal Division, U.S. Department of Justice, in Washington, D.C.,
19 for the appropriate disposition.
20       IT IS FURTHER ORDERED that MOUSA be committed to the custody of
21 the United States Marshal pending final disposition of this matter by
22 the Secretary of State and arrival of duly authorized representatives
23 of Canada, at which time MOUSA, together with any evidence seized
24 incidental to his arrest and sought by the Government of Canada, will
25 be transferred to the custody of such authorized representatives of
26 Canada at such time and place as mutually agreed upon by the
27 \\
28 \\

United States Marshal and the duly authorized representatives of the Government of Canada to be transported to Canada.

IT IS SO ORDERED.

Dated this 18 day of July, 2025.

_____
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

Presented by:

/s/ John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney